**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**IN RE:**

**CIVIL INVESTIGATIVE DEMAND
NO. 2024-268**

**CAUSE NO.: 3:25-mc-6-DMB-JMV**

**ORDER**

On February 20, 2025, the United States of America ("United States") petitioned this court to enforce Civil Investigative Demand 2024-268 ("CID 2024-268") and compel the recipient of that demand, Atavian Davis, to submit to an oral examination. Docket 1. The petition states that on November 15, 2024, the United States issued CID 2024-268 in order to obtain Mr. Davis' oral testimony in connection with its investigation on whether there has been a violation of the False Claims Act, 31 U.S.C. § 3729.

The United States represents that Mr. Davis was served on January 16, 2025, but failed to appear for his oral testimony set for January 28, 2025, and did not seek to modify or set aside CID 2024-268 or otherwise interpose any valid objection recognized by law. The United States asked this Court to enter "an Order to Show Cause directing Atavian Davis to show cause as to why she should not be compelled to comply with CID 2024-268" and "enter an Order directing Davis comply with CID 2024-268 on or before a date certain.

On February 21, 2025, this Court entered a Show Cause Order directing the United States to personally serve Mr. Davis with its Petition for Summary Enforcement of CID 2024-268 and a copy of the Show Cause Order which further directed Mr. Davis to show cause within 30 days as to why he should not be compelled to comply with CID 2024-268. Docket 3. The United States

filed its proof of service on March 14, 2025, indicating service of process on March 12, 2025. Docket 4. As of the date of this order, Mr. Davis has not responded or appeared in this action.

Because the Government has made the necessary showing for the court to enforce the CID and because Mr. Davis did not timely seek to modify or set aside the CID, the Court **GRANTS** to Petition to enforce the CID. Atavian Davis is ordered to comply with CID 2024-268 and provide his oral testimony on a date and time to be selected by the Government, but no later than **June 16, 2025**. If Mr. Davis fails to comply with any of the requirements of this Order, he may be held in contempt of court.

SO ORDERED, this the 14th day of April, 2025.

*/s/ Jane M. Virden*
UNITED STATES MAGISTRATE JUDGE